An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GAGANDEEP SINGH BASRA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64172

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of grand larceny of a motor vehicle. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Appellant Gagandeep Singh Basra contends that the district court abused its discretion by imposing a term of probation with the condition that he participate in drug court rather than placing him in a diversionary program. We disagree.

We review a district court's sentencing determination for an abuse of discretion. *Parrish v. State*, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Pursuant to the guilty plea agreement, Basra pleaded guilty in exchange for the State's agreement not to oppose probation. The district court imposed a prison term of 19-48 months, suspended the sentence, and placed Basra on probation. Although Basra contends that a diversionary program would have been more beneficial to him while also fulfilling the district court's sentencing objectives, he does not contend that the district court based its decision on "information or accusations founded on facts supported only by impalpable or highly suspect evidence." *Chavez v. State*, 125 Nev. 328, 348, 213 P.3d 476, 490 (2009) (internal quotation marks omitted). Further, Basra fails to demonstrate that the district

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11473

court "failed to properly consider" its sentencing options. We therefore conclude that the district court did not abuse its discretion, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. David A. Hardy, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk